# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID SALMON, ANGELA LANDERS,**  **PLAINTIFFS**
**BILLY TATE, AND PAULA BYRUM,**
*each individually and on behalf of*
*all other similarly situated*

**v.**   **CASE NO. 4:19-CV-00768-BSM**

**XTO ENERGY INC**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE