IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID SALMON, ANGELA LANDERS,                                               PLAINTIFFS
BILLY TATE and PAULA BYRUM, Each Individually
and on Behalf of All Others Similarly Situated

VS.                         NO. 4:19-CV-768 BSM

XTO ENERGY, INC.                                                            DEFENDANT

## SATISFACTION OF JUDGMENT

The judgment entered December 13, 2023, in favor of David Salmon, Angela Landers, Billy Tate, and Paula Byrum and against judgment debtor XTO Energy, Inc., has been satisfied in full. The Clerk is authorized to enter this satisfaction of judgment in the records of the Court pursuant to Local Rule 58.2.

        Respectfully submitted,

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: wjackson@wlj.com
                  jkim@wlj.com
                  dljones@wlj.com

        By: William Stuart Jackson (92189)
            Jane A. Kim (2007160)
            Daveante Jones (2016163)

        *Attorneys for Defendant*

3043462-v1